REDACTED



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Cause No. 1:21-CR-9 |
| | ) | Violation: |
| JAMES L. WATSON | ) | 18 U.S.C. § 922(g)(1) |

**THE GRAND JURY CHARGES:**

On or about December 13, 2020, in the Northern District of Indiana

JAMES L. WATSON,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is to say:

On July 11, 2011, James L. Watson, was sentenced on his conviction in the Allen County Superior Court, State of Indiana, case number 02D05-1105-FB-109, of Dealing in Cocaine or Narcotic Drug, a class B felony; and

On July 11, 2011, James L. Watson, was sentenced on his conviction in the Allen County Superior Court, State of Indiana, case number 02D06-1109-FC-216, of Resisting Law Enforcement, a class D felony;

did knowingly possess a firearm, and the firearm and ammunition was in and affecting commerce;

All in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the firearm offense alleged in this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in the commission of the offenses.

A TRUE BILL

/s/ Foreperson
Foreperson

GARY T. BELL
ACTING UNITED STATES ATTORNEY

/s/ Stacey R. Speith
By: Stacey R. Speith
Assistant United States Attorney